IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROCHELLE MATTHEWS                                                                PLAINTIFF

V.                                    NO.  3:10-cv-00301 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                          DEFENDANT

ORDER

Defendant has filed an unopposed motion to reverse and remand this case to the Commissioner (doc. 13) for further administrative action pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner states that further development of the record is necessary so this Court can perform a complete review of this case without having to make de novo findings, citing *Richardson v. Perales,* 402 U.S. 389, 399 (1971) (court may not usurp the function of the Commissioner and reweigh the evidence or try the issues de novo).  The Commissioner seeks remand in order that the Administrative Law Judge (ALJ) may consider whether Plaintiff's mental condition meets or equals Listing 12.05(B).  In addition, the Commissioner states that the ALJ should evaluate the effects of Plaintiff's mental condition on her residual functional capacity and ability, and determine if jobs exist that Plaintiff can perform if her mental impairment does not meet a Listing.  Under the circumstances, a sentence four remand is appropriate.  *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, Defendant's unopposed motion to reverse and remand (doc. 13) is hereby granted.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g)

and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).  This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal Access to Justice Act.

IT IS SO ORDERED this 15th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE