IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROCHELLE MATTHEWS                                                                    PLAINTIFF

V.                                          NO.  3:10-cv-00301 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Judgment is hereby entered in accordance with the Court's Order entered this date.

This case is hereby reversed and remanded for action consistent with the Court's order.

This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 15th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE